# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1538. BROWN v. THE STATE.**

Jimell Raheem Brown is proceeding pro se in this appeal, which was docketed on May 27, 2021. Brown's brief of appellant was due 20 days later, on June 16, 2021. Over ten days have passed since the due date, and Brown has not filed a brief of appellant. Accordingly, Brown's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/06/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*